IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TOBY REX THOMPSON,

               Plaintiff,

     vs.

DOUGLAS CO. CORRECTIONS;
AMBER DYBALL; REBECCA
SWEARINGEN, Director of Nursing;
and DR. WELLINGSACH, Dentist,

               Defendants.

**8:22CV29**

**MEMORANDUM
AND ORDER**

The Nebraska Department of Correctional Services inmate database indicates that Plaintiff was released from custody on March 8, 2022. However, Plaintiff has not filed a notice of change of address with the court. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

Also, because Plaintiff is no longer in the custody of the Lincoln Correctional Center, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $402.00 filing and administrative fees.

IT IS THEREFORE ORDERED:

1.     Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.     Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

3.     The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

4.     The clerk of the court is directed to set a pro se case management deadline with the following text: July 13, 2022—deadline for Plaintiff to update address; deadline for Plaintiff to file new IFP application or pay filing fee.

DATED this 13th day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge