IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOBY REX THOMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUGLAS CO. CORRECTIONS; AMBER DYBALL; REBECCA SWEARINGEN, Director of Nursing; and DR. WELLINGSACH, Dentist,<br><br>        Defendants. | 8:22CV29<br><br>MEMORANDUM<br>AND ORDER |

       This matter is before the court on its own motion. On June 13, 2022, Plaintiff was ordered to update his address and to pay the $402.00 filing fee or submit a request to proceed in forma pauperis within 30 days and was warned that failure to do so would result in the court dismissing this case without further notice to Plaintiff. (Filing 9.) Contrary to the court's orders, Plaintiff has failed to update his address or pay the filing fee or to submit a motion to proceed in forma pauperis.

       IT IS THEREFORE ORDERED that Plaintiff's claims against the Defendants are dismissed without prejudice because Plaintiff failed to prosecute this case diligently and failed to comply with this court's orders. The court will enter judgment by separate document.

       DATED this 29th day of August, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge